**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** Massachusetts    **Category No.** I    **Investigating Agency** IRS

**City** Fall River

**County** Bristol

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____

Same Defendant _____ New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number _____

R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)?  If yes, case number _____    ☐ Yes  ☑ No

**Defendant Information:**

Defendant Name    ARILSON GRIZOTTE    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name:    "Arilson Grisotto"; "Arilson Jose Luis Grisotto"

Address:    25 Ivy Meadows Lane   Westport, MA  02790

Birth date (Yr only): 1972    SSN (last 4#): 1212    Sex: M    Race _____    Nationality: Brazilian

**Defense Counsel if known:** Frank D. Camera    Address: 99 S. Main Street

Bar Number: _____    Fall River, MA 02721

**U.S. Attorney Information**

AUSA: Victor A.  Wild    Bar Number if applicable: 543148

**Interpreter:** ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:** ☑ Yes  ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony 14

Continue on Page 2 for Entry of U.S.C. Citations

☑    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 5/24/2026    Signature of AUSA:    */s/ Victor A. Wild*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ARILSON GRIZOTTE a/k/a "Arilson Grisotto"; "Arilson Jose Luis Grisotto"

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 871 | Conspiracy to Defraud the United States | 1 |
| Set 2 | 26 U.S.C. 7206(1)(2) | Filing, aiding, assisting and procuring Filing False Corporate Tax Returns | 2 - 5 |
| Set 3 | 26 U.S.C. 7202 | Failure to Collect and Pay Over Taxes | 6 - 9 |
| Set 4 | 18 U.S.C. 1341 | Mail Fraud | 10 - 13 |
| Set 5 | 42 U.S.C. 408(a)(7)(B) | Fraudulent Representation of Social Security Number | 14 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013